UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE ANZA TILE, CO., INC.,<br><br>    Plaintiff.<br><br>    v.<br><br>SURFACE ELEMENTS, INC. DBA TERRAZZIO OF FLORENCE, ALABAMA,<br><br>    Defendant. | Case No. 23-cv-00196-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on April 14, 2023, before this Court in the above-entitled case. Defendant was not present.

IT IS HEREBY ORDERED that Defendant shall file a response by **April 28, 2023,** and then and there to show cause why default should not be entered against the Defendant for failure to appear at the case management conference on April 14, 2023, and for failure to comply with the Court's Order of January 17, 2023. [ECF 3]. A case management conference is scheduled for **July 14, 2023**, **at 2:00 p.m.,** by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California.

IT IS SO ORDERED.

Dated: April 17, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge